No. 5149. BORRAS v. FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 5296. MELTON v. McCALL, GOVERNOR OF OREGON, ET AL. Appeal from Sup. Ct. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 119. McKINNON v. BROWN. Appeal from App. Dept., Super. Ct. Cal., County of Riverside, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that further consideration of question of jurisdiction should be postponed to a hearing of the case on the merits.

No. 159. RIOS v. TEXAS. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist., dismissed. MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.

No. 418. H. H. ROBERTSON Co. ET AL. v. NEWBERRY, GUARDIAN. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 256. FIRST MERCANTILE CONSUMER DISCOUNT Co. v. STEFANELLI ET AL.; and

No. 257. OXFORD CONSUMER DISCOUNT COMPANY OF NORTH PHILADELPHIA v. STEFANELLI ET AL. Appeals from Sup. Ct. N. J. dismissed. MR. JUSTICE BLACK and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted. Reported below: 55 N. J. 489, 262 A. 2d 874.